UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY BROWN, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1765 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges an Eighth Amendment claim based on his medical care and First Amendment claims for retaliation and regarding his legal mail.

In an order filed February 22, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint.

Plaintiff shall be provided another opportunity to file an amended complaint. Plaintiff is advised to carefully review the court's order filed February 22, 2017 to determine what he must include in any amended complaint. Plaintiff is further advised that his failure to file a timely amended complaint may result in a recommendation that this case be dismissed. See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an amended complaint.

Dated: April 3, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/kabe1765.fta